**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00763-CV

## IN THE MATTER OF J.S., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-17-01369-X**

## ORDER

Before the Court is appellant's December 30, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received on December 11, 2019 filed as of the date of this order.

/s/      BILL WHITEHILL
         JUSTICE